**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7664**

PEACE ELLUVASUN ALLAH CUSH-EL, Aboriginal Republic of North
America Larnad Aboriginal Minister,

               Plaintiff - Appellant,

     v.

JUDGE MARY COVINGTON; PAT MCCRORY; ROY COOPER; ATTORNEY
GENERAL IRVIN NATHAN,

               Defendants – Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. Thomas D. Schroeder,
District Judge. (1:14-cv-00756-TDS-LPA)

Submitted: March 17, 2015         Decided: March 20, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Peace Elluvasun Allah Cush-El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peace Elluvasun Allah Cush-El appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cush-El v. Covington, No. 1:14-cv-00756-TDS-LPA (M.D.N.C. Oct. 2, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED